**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:06CR5-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **WILLIAM NEAL BOONE.** | ) | |
| _____ | ) | |

THIS MATTER is before the court upon defendant's Motion for Order Allowing Defendant to Be Placed in jail Based Drug Treatment Program. Having considered defendant's Motion for Order Allowing Defendant to Be Placed in jail Based Drug Treatment Program and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that defendant's Motion for Order Allowing Defendant to Be Placed in Jail Based Drug Treatment Program is **GRANTED,** and the United States Pretrial Service's Office is requested to place defendant in such program as soon as possible.

Signed: May 31, 2006

Dennis L. Howell
United States Magistrate Judge